# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 11-05045 AHM (RZx) | Date | July 27, 2011 |
|---|---|---|---|
| Title | JUDITH WILLIAMS HUDSON v. VILLA ESPERANZA SERVICES et al. | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | | |
|---|---|---|---|
| Stephen Montes | Not Reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys **NOT** Present for Plaintiffs:　　　　Attorneys **NOT** Present for Defendants:

**Proceedings:**　　IN CHAMBERS (No Proceedings Held)

On July 20, 2011, Plaintiff, who is *pro se*, filed a request for the appointment of an attorney.[1]

Generally, there is no right to counsel in civil actions. *Palmer v. Valdez*, 560 F.3d 965, 970 (9th Cir. 2009). However, pursuant to 28 U.S.C. § 1915(e)(1), this Court has discretion to request volunteer counsel for indigent parties. *Solis v. County of Los Angeles*, 514 F.3d 946, 958 (9th Cir. 2008).

A *pro se* litigant is entitled to appointment of counsel only in "exceptional circumstances." *Agyeman v. Corr. Corp. of America*, 390 F.3d 1101, 1103 (9th Cir. 2004). A finding of exceptional circumstances "requires at least an evaluation of the likelihood of the [litigant's] success on the merits and an evaluation of the [litigant's] ability to articulate his claims in light of the complexity of the legal issues involved." *Id.* (internal citations and quotations omitted).

The Court DENIES the motion without prejudice.[2] It is premature for the Court to evaluate the likely merits of Plaintiff's claims. Plaintiff may renew her motion at a later time when the record in the case is more developed.

Plaintiff is advised that there is a Federal Pro Se Clinic is located in Room 525 of

---

[1] Dkt. 22.

[2] Dkt. 22.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 11-05045 AHM (RZx) | Date | July 27, 2011 |
|---|---|---|---|
| Title | JUDITH WILLIAMS HUDSON v. VILLA ESPERANZA SERVICES et al. | | |

the United States Courthouse at 312 North Spring Street. The Clinic offers on-site information and guidance to individuals who are representing themselves (proceeding *pro se*) in federal civil actions. The Clinic is administered by a non-profit law firm, Public Counsel, not by the Court. The Clinic is located in the United States Courthouse, at 312 N. Spring Street, Room 525, 5th Floor, Los Angeles, CA 90012, and can be reached at (213) 385-2977, ext. 270. Clinic hours are Mondays, Wednesdays, and Fridays, 10:00 a.m. to 12:00 p.m, and 2:00 p.m. to 4:00 p.m.. Much useful information is available on the Clinic's website at www.cacd.uscourts.gov/cacd/ProSe.nsf/. For more information, please visit the Clinic during its normal business hours.

                                                                                                                                      :

                                                    Initials of Preparer                    SMO